IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   TERRY L. TEICHMER, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| v. | ) | CIV-14-1096-M |
| | ) | |
| 1.   CHEROKEE STRIP CREDIT UNION, | ) ) | |
| | ) | **Jury Trial Demanded** |
|      Defendant. | ) | **Attorney Lien Claimed** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Terry L. Teichmer, hereby stipulates that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF MARCH, 2015.**

> s/ Jana B. Leonard
> LEONARD & ASSOCIATES, P.L.L.C.
> JANA B. LEONARD, OBA # 17844
> LAUREN W. JOHNSTON, OBA # 22341
> 8265 S. WALKER
> OKLAHOMA CITY, OK  73139
> (405) 239-3800       TELEPHONE
> (405) 239-3801       FACSIMILE
> leonardjb@leonardlaw.net
> johnstonlw@leonoardlaw.net

## **CERTIFICATE OF SERVICE**

This is to certify that on this <u>20th</u> day of <u>March,</u> 2015, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List: The following are those who are currently on the list to receive e-mail notices for this case.

Jana Beth Leonard    leonardjb@leonardlaw.net,dorfflert@leonardlaw.net
Lauren W Johnston    johnstonlw@leonardlaw.net,dorfflert@leonardlaw.net

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

s/ Jana B. Leonard